IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE



| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No 3:09-CR-097 |
| ) | JUDGE REEVES |
| KENNETH D. WILLIAMS ) | |

## AGREED ORDER OF REVOCATION

A Petition for Revocation of Supervised Release has been filed against the defendant, Kenneth Williams and the defendant admits that he has violated the terms of his supervised release by failing to report for controlled substance testing, failing to report to his probation officer as ordered, and failing to maintain employment. An agreement has been reached between the parties, recommending that the defendant's supervised release should be revoked and that he should receive a sentence of twenty-four (24) months incarceration followed by no further supervised release. This sentence shall run fully concurrent with his existing sentence in Knox County Tennessee Criminal Court number 105047 and shall be effective as of October 14, 2016.

The defendant waives his right to a hearing pursuant to Rule 32 of the Rules of Criminal Procedure, waives his right to allocute at a revocation hearing, and asks that the agreement of the defendant and the government pursuant to Rule 11 of the Federal Rules of Criminal Procedure be found to be a proper sentence.

The violations committed by the defendant are "Grade C" violations. The defendant's criminal history category is V. There is a statutory maximum of 24 months imprisonment. This Court has considered the Chapter Seven policy statements in the United States Sentencing Guidelines. The Court has also considered the factors listed in 18 U.S.C. §3553(a).

The recommended sentence is necessary to reflect the seriousness of the offenses, promote respect for the law and deter others who violate supervised release. Based on the foregoing, the Court finds that the recommended sentence is sufficient, but not greater than necessary to accomplish the purposes set forth in 18 U.S.C. §3553(a) while taking into consideration all of those factors and the Chapter Seven policy statements.

IT IS HEREBY ORDERED, therefore, that the defendant's supervised release is revoked. The defendant is sentenced to a term of twenty-four (24) months incarceration followed by no further supervised release. This sentence shall run fully concurrent with his existing sentence in Knox County Tennessee Criminal Court number 105047 and shall be effective as of October 14, 2016..

ENTER this 24th day of January, 2017.

Hon. Pamela Reeves
United States District Judge

APPROVED FOR ENTRY:

Kelly A. Norris
Assistant U.S. Attorney

Paula R. Voss
Attorney for Defendant

Kenneth D. Williams
Defendant

Rhonda Monger Lay
U.S. Probation Office